Judge Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARINDUM **MUKERJI** (A98-123-970) and
LIPIKA CHAKRABARTI (A98-123-971),

                Plaintiffs,

v.

ALBERTO R. GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of Homeland Security; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; JULIA HARRISON, Acting Seattle District Director, US CIS; DEPARTMENT OF JUSTICE; DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and the FEDERAL BUREAU OF INVESTIGATION,

                Defendants.

**Case No. CV-06-559-MJP**

**STIPULATION AND ORDER OF DISMISSAL**

(Note on Motion Calendar July 7, 2006)

    This case is a Complaint for Injunctive, Mandamus, and Declaratory Relief, seeking an order directing U.S. Citizenship and Immigration Services ("CIS") and the Federal Bureau of Investigation ("FBI") to complete Plaintiff Mukerji's Name Check/background investigation so he and his wife can adjust status. The parties are in agreement that, subsequent to filing of the suit, both Plaintiffs have adjusted to Lawful Permanent Resident status, thereby rendering this case moot. Therefore,

    Plaintiffs and Defendants HEREBY STIPULATE, AGREE, AND JOINTLY REQUEST

STIPULATION & ORDER OF DISMISSAL – 1
(CV-06-559-MJP)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  that this action be DISMISSED without prejudice and without court awarded costs or attorney
2  fees.
3       Respectfully submitted on July 7, 2006.

5  /s/ Robert Gibbs                                            /s/ Christopher L. Pickrell
   ROBERT GIBBS                                         CHRISTOPHER L. PICKRELL
6  WSBA # 5932                                          WSBA # 12787
   Attorney at Law                                      Assistant United States Attorney
7  Gibbs Houston Pauw                                   Western District of Washington
   1000 Second Avenue, Suite 1600                       700 Stewart Street, Suite 5220
8  Seattle, WA 98104-1094                               Seattle, WA 98101-1271
   Tel 206-682-1080; Fax 206-689-2270                   Tel 206-553-4088; Fax 206-553-4067
9  E-mail rgibbs@ghp-law.net                            E-mail chris.pickrell@usdoj.gov
   Attorney for Plaintiffs                              Attorney for Defendants

12  **ORDER**

13      The parties having so stipulated, the above is SO ORDERED. The Clerk is directed to
14  send copies of this Order to all counsel of record.
15      DATED this  10th  day of July, 2006.

                                          Marsha J. Pechman
                                          U.S. District Judge

STIPULATION & ORDER OF DISMISSAL – 2
(CV-06-559-MJP)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970